FILED

01/13/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0663

# IN THE SUPREME COURT OF THE STATE OF MONTANA

# SUPREME COURT CASE NO. DA24-0663

_____

STATE OF MONTANA,

   Plaintiff and Appellee,

       v.

JUSTIN CASEY STINGER,

   Defendant and Appellant.

_____

## ORDER

_____

Upon Motion of Counsel and good cause appearing, and there being no objection from the State of Montana, it is hereby ORDERED that the Defendant/Appellant shall have thirty days from the date of this Order with which to file his initial brief.

Dated this _____ day of January 2025.


       /s/_____
       For the Montana Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 13 2025